UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :

        v.                                              :           CR. NO.  07-232M-01 (AK)

ANTOINE BLAYLOCK                      :

### DEFENDANT'S MOTION TO DISMISS

The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure, respectfully requests that this honorable court enter an order formally dismissing the instant case. In support of this request, the defendant states the following:

    1. On May 22, 2007, a complaint was filed charging the defendant with possession of an unregistered firearm following a felony conviction in violation of 18 U.S.C. §922(g). That case was eventually indicted and subsumed into Cr. No. 07-157, a matter assigned to the Honorable Henry H. Kennedy.

    2. Mr. Blaylock entered a guilty plea in the indicted matter and proceeded to sentencing. His sentence has now been appealed to the U.S. Court of Appeals for the D.C. Circuit.

3. Unfortunately, the jail records office shows the instant case as still pending. Until the matter is formally dismissed, the defendant cannot be transferred into the federal prison system. Counsel has attempted to resolve this matter informally through the Clerk's office but has been unsuccessful. For that reason, it is respectfully requested the court formally dismiss this case.

    WHEREFORE, for the foregoing reasons, the defendant respectfully requests that his motion be granted, and that the matter be formally dismissed.

                                                _____
                                                Edward C. Sussman, No. 174623
                                                Counsel for Defendant Blaylocks
                                                Suite 900 - South Building
                                                601 Pennsylvania Avenue N.W.
                                                Washington, D.C. 20004
                                                (202) 737-7110

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing was served electronically on all interested parties this 5th day of May, 2008.

                                                _____
                                                Edward C. Sussman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     CR. NO. 07-232M-01 (AK) |
| ANTOINE BLAYLOCK | : |

### O R D E R

The court has before it the request of the defendant that the matter be dismissed. The court notes that this case was subsumed into Cr. No. 07-157-01 (HHK), and has been resolved. It, therefore, this ____ day of May, 2008,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that the clerk transmit this dismissal to the records office of the D.C. Jail.

_____
ALAN KAY
UNITED STATES JUDGE MAGISTRATE

1